810 A.2d 634

**DORAL II CONDOMINIUM ASSOCIATION, Appellee,**

v.

**PENNSYLVANIA HUMAN RELATIONS COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 2002.

Decided Nov. 13, 2002.

Nancy L. Gippert, Lisa Jo Fanelli-Greer, Elisabeth S. Shuster, Harrisburg, for Pennsylvania Human Relations Commission.

Terry L. McCallum, Philadelphia, for Doral II Condominium Association.

490

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

Justices NIGRO and SAYLOR dissent.